**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 95-60573
Summary Calendar

GLADYS MADISON, Guardian for Viola Williams,

Plaintiff-Appellee,

VERSUS

VINTAGE PETROLEUM, INC., PLACID OIL COMPANY, TEXAS INTERNATIONAL
PETROLEUM CORPORATION and SOUTHEASTERN NORM ENVIRONMENTAL, INC.,

Defendants-Appellants,

CONSOLIDATED WITH

HENRY LEE WILLIAMS,

Plaintiff-Appellee,

VERSUS

VINTAGE PETROLEUM, INC., PLACID OIL COMPANY, TEXAS INTERNATIONAL
PETROLEUM CORPORATION, SOUTHEASTERN NORM ENVIRONMENTAL, INC. G.B.
"BOOTS" SMITH CORPORATION AND EDDIE S. FUENTE,

Defendants-Appellants.

Appeal from the United States District Court
For the Southern District of Mississippi
3:93-CV-663

May 13, 1996

Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

Pursuant to FED. R. APP. P. 4, Plaintiffs appealed the district

---

[*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

court's judgment dismissing Southeastern Norm Environmental, Inc. from this lawsuit. Having examined the record and parties' briefs, we conclude that the court below committed no reversible error. For essentially the reasons set out in the district court's Memorandum Opinion of July 21, 1995 (Civil Action No. 3:93-CV-663(L)(N), S.D. Miss.), we affirm.

AFFIRMED.